No. 89–5679. HOWARD v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–5690. HAMILTON v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–5692. O'CONNOR ET UX. v. LAWRY. Sup. Ct. Nev. Certiorari denied.

No. 89–5694. DILLON v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 89–5698. KIRKMAN v. SUTTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–5699. SHANNON v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 89–5702. GRAY v. GREER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 89–5703. DEMOS v. SUPREME COURT OF WASHINGTON (two cases). Sup. Ct. Wash. Certiorari denied.

No. 89–5709. PASTRANA v. PUGET SOUND NAVAL SHIPYARD. C. A. 9th Cir. Certiorari denied.

No. 89–5710. THOMAS v. KANSAS STATE UNIVERSITY ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–5713. EASON v. JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–5718. RICHARDSON v. ARNOLD ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5726. MOORE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 89–5728. PREUSS v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 89–5731. SPYCHALA v. RUSHEN ET AL. C. A. 9th Cir. Certiorari denied.